STAFFORD v. THE STATE.

It appearing from the State's evidence that the accused and another, under circumstances indicating a previous combination to use violence, committed an assault upon the person of the prosecutor, and such assault being an illegal act of violence within the meaning of the law, the evidence supported the conviction for riot and there was no error in denying a new trial. *Rachels* v. *The State*, 51 *Ga.* 374. This case differs from that of *Prince* and *Stafford* v. *The State*, 30 *Ga.* 27, in which it appeared that the two persons accused were not acting in execution of a common intent but were engaged in a fight with each other.    *Judgment affirmed.*
January 27, 1894.

Indictment for riot. Before Judge HUNT. Henry superior court. October term, 1893.

The motion for a new trial was on the grounds that the verdict was contrary to law and without evidence to support it. One Cawthon testified: Allen and John Stafford contended that I owed them 40 cents for picking cotton. On the 22d day of September last I was on my way from Sunnyside in my wagon on the road, and in a hollow between two hills John and Allen Stafford were on the roadside. Both of them had rocks in their hands, and they dunned or asked me for the money, drawing back their hands. I started to jump out of my wagon, taking in my hand a wagon-standard about the size of a chair-post, about two and one half feet long and one and one half inches in diameter, jumping out on the side defendant was on. At that time one of the boys threw a rock and struck me on the side. Then they required me to pay them for cotton picking, and I paid them 40 cents, got into my wagon and went home. I told these two boys that they could come and pick cotton for me if they wished. I never took out warrant for their arrest until a month afterwards.

Defendant stated that he only asked Cawthon for his money that he owed him, and Cawthon, with an oath,

grabbed the wagon-standard and jumped out of the wagon, when, in self-defence, he threw the rock at him, and Cawthon then paid him the 40 cents, and afterwards wanted him to pick cotton for him.

W. T. Dicken, for plaintiff in error.

M. W. Beck, solicitor-general, contra.